

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00618-CV

Santiago **RAMIREZ** Jr.,
Appellant

v.

Sonia Garza **RODRIGUEZ**, Victor M. Ramirez, and Javier Ramirez Jr.,
Co-Trustees of the Ramirez Mineral Trust,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,520
Honorable José A. Lopez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's denial of Appellant's motion to dismiss by operation of law is AFFIRMED. The cause is REMANDED to the trial court to determine whether Appellees should be awarded court costs and reasonable attorney's fees. It is ORDERED that Appellees recover their costs of this appeal from Appellant.

SIGNED February 19, 2020.

_____
Patricia O. Alvarez, Justice